LEON PIZER, Respondent, *v.* GEORGE W. HERZIG, Appellant, Impleaded with Others.

Reported below, 120 App. Div. 102.
(Argued September 30, 1907; decided October 8, 1907.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial depart-

ment, entered June 14, 1907, which reversed a judgment in favor of defendant entered upon a decision of the court on trial at Special Term and granted a new trial.

The motion was made upon the grounds that the Court of Appeals was without jurisdiction to review the appeal, which is not taken from a final order or judgment, but from an order of reversal granting a new trial upon questions of fact.

*Max Schleimer* for motion.

*Irving L. Ernst* opposed.

Motion denied, without costs.